**JOHN MURPHY & ASSOCIATES, P.C.**
420 Lexington Avenue, Suite 2035
New York, NY 10170
Maureen Reid (NJ Attorney Bar No. 019312002)
John Murphy (pro hac vice forthcoming)
O (646) 920-6921
C (732) 207-1110
mreid@johnmurphylaw.com
jmurphy@johnmurphylaw.com

*Attorneys for Defendant DISH Wireless L.L.C.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARLBORO TOWNSHIP, <br><br> Plaintiff, <br><br> v. <br><br> DISH WIRELESS L.L.C., <br><br> Defendant. | Civil Action No.: <br><br> **RULE 7.1 CORPORATE** <br><br> **DISCLOSURE STATEMENT** <br><br> *Document electronically filed* |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant DISH Wireless L.L.C. ("Defendant") certifies the following:

- DISH Wireless L.L.C is a wholly owned direct subsidiary of Neyland Networks LLC.

- Neyland Networks LLC is a wholly owned direct subsidiary of DISH Wireless Holding L.L.C.

- DISH Wireless Holding L.L.C. is a wholly owned direct subsidiary of DISH Network Corporation.

- DISH Network Corporation is a wholly owned subsidiary of EchoStar Corporation.

1

- EchoStar Corporation is a publicly owned Nevada corporation that is traded on the NASDAQ national market under the symbol "SATS."

- Based on Schedule 13 filings with the Securities and Exchange Commission, the only publicly held corporation owning 10% or more of EchoStar Corporation's stock is BlackRock, Inc.

DISH Network Corporation is a registered corporation incorporated under the laws of the state of Nevada. At all relevant times, DISH Network Corporation's principal place of business and corporate headquarters have been located in Englewood, Colorado. Thus, DISH Network Corporation is a citizen of Nevada and Colorado. *See Zambelli Fireworks Mfg. Co.*, 592 F.3d 412, 419 (3d Cir. 2010) (Under 28 U.S.C. § 1332(c), "[a] corporation is a citizen both of the state where it is incorporated and of the state where it has its principal place of business.").

Because a limited liability company is a citizen of any state of which its members are citizens, and DISH Network Corporation is a citizen of Nevada and Colorado, Defendant DISH Wireless L.L.C., non-party Neyland Networks L.L.C., and non-party DISH Wireless Holding L.L.C. are all citizens of Nevada and Colorado. *See GBForefront, L.P. v. Forefront Mgmt. Grp., LLC*, 888 F.3d 29, 34 (3d Cir. 2018) (holding that "a limited liability company is a citizen of all the states of its members").

Dated: May 15, 2026

Respectfully submitted,

**JOHN MURPHY & ASSOCIATES, P.C.**

*Maureen Reid*

Maureen Reid (NJ Attorney Bar No. 019312002)
John Murphy (*pro hac vice forthcoming*)
420 Lexington Avenue, Suite 2035
New York, N.Y. 10170
O (646) 920-6921
C (732) 207-1110

mreid@johnmurphylaw.com
jmurphy@johnmurphylaw.com

Of Counsel:

**WHITE & CASE LLP**

Glenn M. Kurtz (*pro hac vice forthcoming*)
Joshua D. Weedman (*pro hac vice forthcoming*)
Robert E. Tiedemann (*pro hac vice forthcoming*)
Camille M. Shepherd (*pro hac vice forthcoming*)
1221 Avenue of the Americas
New York, N.Y. 10020-1095
(212) 819-8200
gkurtz@whitecase.com
jweedman@whitecase.com
rtiedemann@whitecase.com
camille.shepherd@whitecase.com

*Attorneys for Defendant DISH Wireless L.L.C.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 15th day of May 2026, I caused to be filed the foregoing Corporate

Disclosure Statement via the ECF system and will be subsequently served via email and U.S. mail

upon the below named counsel of record, at the address stated below:

Michael R. Burns
Scott A. Aitken, Jr.
RAINONE COUGHLIN MINCHELLO, LLC
555 U.S. Highway One, S., Suite 440
Iselin, NJ 08830
Telephone: (732) 709-4182
Email: mburns@njrcmlaw.com

*Attorney for Plaintiff*

Dated: May 15, 2026                    *Maureen Reid*